**The court incorporates by reference in this paragraph and adopts as the findings and orders
of this court the document set forth below. This document has been entered electronically in
the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
Mary Ann Whipple
United States Bankruptcy Judge

Dated: February 18 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 13-34464 |
| | ) | |
| **TAMARA L. HEIM** | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Mary Ann Whipple |
| | ) | |
| | ) | **ORDER GRANTING MOTION TO AVOID** |
| | ) | **JUDICIAL LIENS UNDER 11 U.S.C. § 522(F)** |

This matter came before the Court on the Motion to Avoid Judicial Liens filed by the Debtor, *Tamara L. Heim*, being Docket # 15. Movant has alleged that good cause for granting the motion exists and that the judicial lien holders, the trustee, and all other necessary parties were served with the motion and with notice of the deadline to oppose the motion. No party filed a response or otherwise appeared in opposition to the motion, or all responses have been withdrawn or overruled. For these reasons, it is appropriate to grant the relief requested.

    **IT IS, THEREFORE, ORDERED** that the motion is granted.

    **IT IS FURTHER ORDERED** that the judicial liens of Midland Funding, recorded in the Huron County Court of Common Pleas, on August 22, 2013, bearing instrument number JL

17/0572, is avoided under 11 U.S.C. § 522(F), subject to the debtor receiving a discharge under 11 U.S.C. § 427 or § 1328.

**IT IS FURTHER ORDERED** that the filing of a certified copy of this order and a certified copy of the discharge order with the appropriate state or county office, together with the payment of any fees due, shall act as a release and satisfaction of the judicial liens identified above.

#     #     #

Submitted by:

  /s/ Paul S. Kuzmickas
Paul S. Kuzmickas (0076507)
Luftman, Heck & Associate LLP
2012 W. 25th St., Ste. 701
Cleveland, OH 44113-4131
(216) 373-0474
(216) 916-4235 - facsimile
pkuzmickas@lawlh.com
Attorney for Debtor

### Certificate of Service

A true and correct copy of the foregoing **ORDER GRANTING MOTION TO AVOID JUDICIAL LIENS UNDER 11 U.S.C. § 522(F)** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Patti Baumgartner-Novak, Chapter 7 Trustee at

pnovak@buckeye-express.com, lisa-trt2@bex.net;OH76@ecfcbis.com

Paul S. Kuzmickas, Attorney for Debtor at

pkuzmickas@lawlh.com; koconnor@lawlh.com; lsekanic@lawlh.com

And by regular US Mail, postage prepaid, to Midland Funding, Vice-President, 8875 Aero Drive, Ste. 200, San Diego, CA 92123.